UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAY CHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  25-0358 (UNA) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff brings this action against the District of Columbia, the States of Maryland, California and Texas, and "All Black People" residing in these jurisdictions. *See* Compl. at 2-3. These defendants allegedly engage in criminal activities, persecute plaintiff, and otherwise inflict trauma and pain on plaintiff. *See id*. at 6. Plaintiff demands an award of $5,900,000,000,000,000,000,000, among other relief. *Id*. at 5.

A complaint must contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. FED. R. CIV. P. 8(a). This complaint falls short, as it neither states a valid basis for this Court's jurisdiction nor alleges facts supporting a plausible legal claim.

The Court GRANTS plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and DISMISSES the complaint (ECF No. 1) and this civil action without prejudice.

A separate order accompanies this Memorandum Opinion.

DATE: February 20, 2025                                             RUDOLPH CONTRERAS
                                                                                              United States District Judge